IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINE HOFFNER, et al.          )
                                   )
            Plaintiffs,            )
                                   )          Civil Action File
    v.                             )
                                   )          1:12-cv-0772-RLV
INTERNAL DATA RESOURCES, INC.      )
                                   )
            Defendant.             )

## DEFENDANT'S OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68 TO BRITTANY BURNS

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $13,296.15, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Brittany Burns ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and

disputed claims.  Any previous offers of judgment made to Plaintiff are withdrawn.

Date: August 13, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading upon the parties to this proceeding by causing a true and correct copy thereof to be deposited in the United States mail, proper first class postage prepaid, addressed as follows:

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA  30339

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date:  August 13, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

–3–

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHRISTINE HOFFNER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action File |
| v. | ) | |
| | ) | 1:12-cv-0772-RLV |
| INTERNAL DATA RESOURCES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 TO CLAUDE WILLIAM CARAWAY, IV

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $7583.00, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Claude William Caraway, IV (aka Clay Caraway) ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative

–1–

exemption.  This offer of judgment is submitted to satisfy Plaintiff's doubtful and disputed claims.

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading upon the parties to this proceeding (i) by causing a true and correct copy thereof to be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA  30339

and (ii) by causing a true and correct copy thereof to be deposited in the United States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date:  July 26, 2013

_____
Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

–3–

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINE HOFFNER, et al.      )
                             )
        Plaintiffs,      )
                             )    Civil Action File
      v.                   )
                             )    1:12-cv-0772-RLV
INTERNAL DATA RESOURCES, INC.   )
                             )
        Defendant.      )

## DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 TO ALEXANDRA CHANATRY

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $4389.00, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Alexandra Chanatry (aka Ali Chanatry) ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and

–1–

disputed claims.

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading

upon the parties to this proceeding (i) by causing a true and correct copy thereof to be

hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA  30339

and (ii) by causing a true and correct copy thereof to be deposited in the United States

mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date: July 26, 2013

> Robert E. Johnson, Jr.
> Georgia Bar No. 395165
>
> Johnson Legal Group, P.C.
> One Alliance Center, Suite 1500
> 3500 Lenox Road
> Atlanta, Georgia 30326
> REJ@JLGlawfirm.com
> 404.419.2380

--3--

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINE HOFFNER, et al.            )
                                     )
            Plaintiffs,              )
                                     )         Civil Action File
      v.                             )         1:12-cv-0772-RLV
INTERNAL DATA RESOURCES, INC.        )
                                     )
            Defendant.               )

## DEFENDANT'S OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68 TO DEREK ALLAN CLEMENT

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $1153.00, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Derek Allan Clement ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and disputed claims.

–1–

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

–2–

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading upon the parties to this proceeding (i) by causing a true and correct copy thereof to be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA  30339

and (ii) by causing a true and correct copy thereof to be deposited in the United States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date: July 26, 2013

_Robert E. Johnson_
Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

–3–

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINE HOFFNER, et al.       )
                                 )
        Plaintiffs,          )
                                 )      Civil Action File
        v.                 )      1:12-cv-0772-RLV
INTERNAL DATA RESOURCES, INC.   )
                                 )
        Defendant.        )

## DEFENDANT'S OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68 TO CLAY CUNHA

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $7737.00, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Clay Cunha ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and disputed claims.

−1−

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading upon the parties to this proceeding (i) by causing a true and correct copy thereof to be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA 30339

and (ii) by causing a true and correct copy thereof to be deposited in the United States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date: July 26, 2013

> Robert E. Johnson, Jr.
> Georgia Bar No. 395165
>
> Johnson Legal Group, P.C.
> One Alliance Center, Suite 1500
> 3500 Lenox Road
> Atlanta, Georgia 30326
> REJ@JLGlawfirm.com
> 404.419.2380

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINE HOFFNER, et al.              )
                                       )
              Plaintiffs,              )
                                       )          Civil Action File
       v.                              )          1:12-cv-0772-RLV
INTERNAL DATA RESOURCES, INC.          )
                                       )
              Defendant.               )

## DEFENDANT'S OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68 TO JONATHAN D'AMATO

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc.
("Defendant"), hereby makes an offer to allow judgment to be taken against it in
the amount of $13,725.00, plus costs and reasonable attorney's fees, in full
settlement of the claims of plaintiff Jonathan D'Amato ("Plaintiff"). Defendant
will withhold state and federal taxes from the portion of the offer attributable to a
claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this
relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable
exemptions under the Fair Labor Standards Act, including the administrative
exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and

–1–

disputed claims.

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading

upon the parties to this proceeding (i) by causing a true and correct copy thereof to

be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA 30339

and (ii) by causing a true and correct copy thereof to be deposited in the United

States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

–3–

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINE HOFFNER, et al.          )
                                   )
              Plaintiffs,           )
                                   )          Civil Action File
       v.                           )          1:12-cv-0772-RLV
INTERNAL DATA RESOURCES, INC.      )
                                   )
              Defendant.            )

## DEFENDANT'S OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68 TO TONI EDELSON

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $3460.00, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Toni Edelson ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and disputed claims.

–1–

Date: July 26, 2013

_Robert E. Johnson_

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading upon the parties to this proceeding (i) by causing a true and correct copy thereof to be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA  30339

and (ii) by causing a true and correct copy thereof to be deposited in the United States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date:  July 26, 2013

_____
Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

—3—

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHRISTINE HOFFNER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action File |
| v. | ) | 1:12-cv-0772-RLV |
| INTERNAL DATA RESOURCES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68 TO   JENNA GORDON

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $7323.00, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Jenna Gordon ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and disputed claims.

–1–

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

–2–

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading

upon the parties to this proceeding (i) by causing a true and correct copy thereof to

be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA  30339

and (ii) by causing a true and correct copy thereof to be deposited in the United

States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date: July 26, 2013

> Robert E. Johnson, Jr.
> Georgia Bar No. 395165
>
> Johnson Legal Group, P.C.
> One Alliance Center, Suite 1500
> 3500 Lenox Road
> Atlanta, Georgia 30326
> REJ@JLGlawfirm.com
> 404.419.2380

–3–

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINE HOFFNER, et al.　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　)
　　　　　　　　　　　　　　　　)　　　Civil Action File
　　　v.　　　　　　　　　　　　)　　　1:12-cv-0772-RLV
INTERNAL DATA RESOURCES, INC.　)
　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　)

## DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO
## FED. R. CIV. P. 68 TO CHRISTOPHER MICHAEL JORDAN

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $4315.00, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Christopher Michael Jordan ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and

–1–

disputed claims.

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

–2–

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading upon the parties to this proceeding (i) by causing a true and correct copy thereof to be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA 30339

and (ii) by causing a true and correct copy thereof to be deposited in the United States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

--3--

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINE HOFFNER, et al.          )
                                   )
              Plaintiffs,          )
                                   )          Civil Action File
       v.                          )          1:12-cv-0772-RLV
INTERNAL DATA RESOURCES, INC.      )
                                   )
              Defendant.           )

## DEFENDANT'S OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68 TO REBECCA KOHR

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $12,618.00, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Rebecca Kohr ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and disputed claims.

–1–

Date: July 26, 2013

_Robert E. Johnson_
Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

–2–

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading upon the parties to this proceeding (i) by causing a true and correct copy thereof to be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA  30339

and (ii) by causing a true and correct copy thereof to be deposited in the United States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date: July 26, 2013

> Robert E. Johnson, Jr.
> Georgia Bar No. 395165
>
> Johnson Legal Group, P.C.
> One Alliance Center, Suite 1500
> 3500 Lenox Road
> Atlanta, Georgia 30326
> REJ@JLGlawfirm.com
> 404.419.2380

–3–

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINE HOFFNER, et al.     )
                                    )
        Plaintiffs,        )
                                    )        Civil Action File
       v.                  )        1:12-cv-0772-RLV
INTERNAL DATA RESOURCES, INC.   )
                                    )
        Defendant.      )

## DEFENDANT'S OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68 TO COREY PETERS

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $484.00, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Corey Peters ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and disputed claims.

−1−

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading

upon the parties to this proceeding (i) by causing a true and correct copy thereof to

be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA  30339

and (ii) by causing a true and correct copy thereof to be deposited in the United

States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date: July 26, 2013

> Robert E. Johnson, Jr.
> Georgia Bar No. 395165
>
> Johnson Legal Group, P.C.
> One Alliance Center, Suite 1500
> 3500 Lenox Road
> Atlanta, Georgia 30326
> REJ@JLGlawfirm.com
> 404.419.2380

–3–

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINE HOFFNER, et al. )
)
   Plaintiffs, )
)
  v. )  Civil Action File
)  1:12-cv-0772-RLV
INTERNAL DATA RESOURCES, INC. )
)
   Defendant. )

## DEFENDANT'S OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68 TO ALEX ODIARI

  Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc.

("Defendant"), hereby makes an offer to allow judgment to be taken against it in

the amount of $2976.00, plus costs and reasonable attorney's fees, in full

settlement of the claims of plaintiff Alex Odiari ("Plaintiff"). Defendant will

withhold state and federal taxes from the portion of the offer attributable to a claim

for wages. No reinstatement or equitable relief is included in this offer.

  This offer in no way represents an admission that Plaintiff is entitled to this

relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable

exemptions under the Fair Labor Standards Act, including the administrative

exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and

disputed claims.

−1−

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading upon the parties to this proceeding (i) by causing a true and correct copy thereof to be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA  30339

and (ii) by causing a true and correct copy thereof to be deposited in the United States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

–3–

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINE HOFFNER, et al.           )
                                    )
            Plaintiffs,             )
                                    )        Civil Action File
      v.                            )        1:12-cv-0772-RLV
INTERNAL DATA RESOURCES, INC.       )
                                    )
            Defendant.              )

## DEFENDANT'S OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68 TO ALEXANDER B. PRICE

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $5026.00, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Alexander B. Price (aka Blake Price) ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and

–1–

disputed claims.

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading upon the parties to this proceeding (i) by causing a true and correct copy thereof to be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA 30339

and (ii) by causing a true and correct copy thereof to be deposited in the United States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

–3–

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHRISTINE HOFFNER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action File |
| v. | ) | 1:12-cv-0772-RLV |
| INTERNAL DATA RESOURCES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68 TO BRADLEY SMITH

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $9211.00, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Bradley Smith ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and disputed claims.

–1–

Date: July 26, 2013

_____

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

–2–

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading

upon the parties to this proceeding (i) by causing a true and correct copy thereof to

be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA 30339

and (ii) by causing a true and correct copy thereof to be deposited in the United

States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date: July 26, 2013

> _____
> Robert E. Johnson, Jr.
> Georgia Bar No. 395165
>
> Johnson Legal Group, P.C.
> One Alliance Center, Suite 1500
> 3500 Lenox Road
> Atlanta, Georgia 30326
> REJ@JLGlawfirm.com
> 404.419.2380

–3–

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHRISTINE HOFFNER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action File |
| v. | ) | 1:12-cv-0772-RLV |
| INTERNAL DATA RESOURCES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68 TO GAREN STEPHENS

Pursuant to Fed. R. Civ. P. 68, Defendant Internal Data Resources, Inc. ("Defendant"), hereby makes an offer to allow judgment to be taken against it in the amount of $17,746.00, plus costs and reasonable attorney's fees, in full settlement of the claims of plaintiff Garen Stephens ("Plaintiff"). Defendant will withhold state and federal taxes from the portion of the offer attributable to a claim for wages. No reinstatement or equitable relief is included in this offer.

This offer in no way represents an admission that Plaintiff is entitled to this relief. In fact, Defendant submits that Plaintiff's pay and duties satisfy applicable exemptions under the Fair Labor Standards Act, including the administrative exemption. This offer of judgment is submitted to satisfy Plaintiff's doubtful and disputed claims.

–1–

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

Attorneys for Internal Data Resources, Inc.

–2–

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served the within and foregoing pleading

upon the parties to this proceeding (i) by causing a true and correct copy thereof to

be hand delivered addressed as follows

> Gary D. Hooper, Esq.
> Hooper Law Partners, LLC
> 1950 North Park Place, Suite 301
> Atlanta, GA 30339

and (ii) by causing a true and correct copy thereof to be deposited in the United

States mail, proper first class postage prepaid, addressed as follows

> R. Stephen Griffs
> R. Stephen Griffs, P.C.
> 2100 Riverhaven Drive, Suite 1
> Hoover, Alabama 35244

Date: July 26, 2013

Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Alliance Center, Suite 1500
3500 Lenox Road
Atlanta, Georgia 30326
REJ@JLGlawfirm.com
404.419.2380

–3–