FILED IN CHAMBERS
U.S.D.C. - Rome
SEP 16 2013
JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTINE HOFFNER, et al., :
　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　:　　　Civil Action File
v. :
　　　　　　　　　　　　　　　　　　:　　　1:12-cv-0772-RLV
INTERNAL DATA RESOURCES, INC. :
　　　　　　　　　　　　　　　　　　:
　　　　　　Defendant. :

## ORDER

The plaintiffs brought this action pursuant to the Fair Labor Standards Act of 1938 (FLSA), 29 U.S.C. §§ 201 *et seq.*, against Internal Data Resources, Inc. Before the court is the joint motion for approval of offers of judgment made to and accepted by plaintiffs Brittany Burns, Clay Caraway, Ali Chanatry, Derek Clement, Clay Cunha, Jonathan D'Amato, Toni Edelson, Jenna Gordon, Christopher Jordan, Rebecca Kohr, Alex Odiari, Cory Peters, Blake Price, Bradley Smith, and Garen Stephens.

Prior to the approval of an FLSA settlement, the court must scrutinize the settlement to determine whether it is a fair and reasonable resolution of a bona fide dispute. After reviewing the joint motion [Doc. No. 119], the court finds that the

FLSA settlement was fair and reasonable. Therefore, the settlement is approved and the joint motion is GRANTED [Doc. No. 119].

As a result of this Order, all claims of the eighteen (18) Plaintiffs in this case have been resolved, except for Plaintiffs' attorneys' fees and costs. As part of the Offers of Judgment in this case, the Defendant, Internal Data Resources, Inc., has agreed to pay the reasonable attorneys' fees of Plaintiffs' counsel and costs. Plaintiffs' counsel is to file its' Motion for Attorneys' fees with all supporting documents within thirty (30) days from the date of this Order. Defendant shall have fourteen (14) days from the date of such filing to respond to said Motion and Plaintiffs' counsel shall have fourteen (14) days from the date Defendant's responsive filing is made to reply to such response. In the event that the Court determines that a hearing with regard to the award of the Plaintiffs' attorneys' fees and costs is necessary after the filings described above, the Court sets the 21st day of November, 2013, at 2:00pm, in Courtroom 323 (Rome, GA) as the date and place for the hearing on attorneys' fees and costs.

SO ORDERED this 16th day of Sept., 2013.

/s/ Robert L. Vining
JUDGE ROBERT L. VINING, JR.
Senior United States District Judge