IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTINE HOFFNER, et al.         ) | |
|                                                         ) | |
|             Plaintiffs,                          ) | |
|                                                         ) | Civil Action File |
| v.                                                  ) | |
|                                                         ) | 1:12-cv-0772-RLV |
| INTERNAL DATA RESOURCES, INC.  ) | |
|                                                         ) | |
|             Defendant.                         ) | |

## SATISFACTION OF ALL JUDGMENTS

All judgments in this action having been satisfied and paid in full, the clerk is hereby requested and directed to mark said judgments satisfied and to cancel and satisfy any judgment or Writ of Execution previously entered in this action.

                                        s/Gary D. Hooper
                                      Georgia Bar No.411072
                                      Hooper Law Partners, LLC
                                      1950 North Park Place, Suite 301
                                      Atlanta, Georgia 30339
                                      404.975.4551 (Telephone)
                                      866.511.1713 (Facsimile)
                                      ghooper@hooperlawpartners.com

                                        s/R. Stephen Griffis
                                      Alabama Bar No. ASB 4694-161
                                      R. Stephen Griffis P.C.
                                      2100 Riverhaven Drive, Suite 1
                                      Hoover, Alabama 35244
                                      205.402.7476 (Ext. 6) (Telephone)
                                      205.402.7292 (Facsimile)
                                      rsglaw@bellsouth.net
                                      Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2013, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to attorneys of record.

s/Gary D. Hooper
Georgia Bar No.411072

Hooper Law Partners, LLC
1950 North Park Place, Suite 301
Atlanta, Georgia 30339
404.975.4551 (Telephone)
866.511.1713 (Facsimile)
ghooper@hooperlawpartners.com
