IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTINE HOFFNER, et al.     ) | |
| )| |
| Plaintiffs,     ) | |
| ) | Civil Action File |
| v.     ) | |
| ) | 1:12-cv-0772-RLV |
| INTERNAL DATA RESOURCES, INC.     ) | |
| ) | |
| Defendant.     ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto having settled and resolved all claims asserted herein, pursuant to Fed. R. Civ. P. § 41(a)(1)(A)(ii), the parties hereby DISMISS voluntarily and with prejudice all claims asserted herein.

s/Robert E. Johnson, Jr.
Georgia Bar No. 395165

Johnson Legal Group, P.C.
One Securities Centre, Suite 1005
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305-4809
REJ@JLGlawfirm.com
404-419-2380

[Signatures Continued on Next Page]

1

s/Gary R. Kessler
Georgia Bar No.416562

Gary R. Kessler PC
3379 Peachtree Road N.E.
Suite 450
Atlanta, Georgia 30326
GKessler@mortensonlaw.com
404-237-1020
Attorneys for Internal Data Resources, Inc.

s/Gary D. Hooper
Georgia Bar No.411072

Hooper Law Partners, LLC
1950 North Park Place, Suite 301
Atlanta, Georgia 30339
404.975.4551 (Telephone)
866.511.1713 (Facsimile)
ghooper@hooperlawpartners.com

s/R. Stephen Griffis
Alabama Bar No. ASB 4694-161

R. Stephen Griffis P.C.
2100 Riverhaven Drive, Suite 1
Hoover, Alabama 35244
205.402.7476 (Ext. 6) (Telephone)
205.402.7292 (Facsimile)
rsglaw@bellsouth.net
Attorneys for Plaintiffs

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2013, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to attorneys of record.

                                        s/Gary D. Hooper
                                        Georgia Bar No.411072

                                        Hooper Law Partners, LLC
                                        1950 North Park Place, Suite 301
                                        Atlanta, Georgia 30339
                                        404.975.4551 (Telephone)
                                        866.511.1713 (Facsimile)
                                        ghooper@hooperlawpartners.com